**UNITED STATES DISTRICT COURT**
**EASTERN DIVISION OF MISSOURI**
**NORTHERN DIVISION**

| | |
|---|---|
| REBECCA SUE FRANKE, | ) |
| | ) |
|     Plaintiff(s), | ) |
| | ) |
| v. | ) No. 2:08CV00043 ERW |
| | ) |
| LAW OFFICE OF DOUGLAS R. BURGESS, | ) |
| | ) |
|     Defendant(s). | ) |

### ORDER OF HEARING

This matter comes before the Court on Plaintiff's Amended Motion for Default Judgment [doc. #11] as to Defendant Law Office of Douglas R. Burgess. Entry of Default was issued by the Clerk of Court on February 9, 2009 [doc. #13]. A Default Hearing will be held on March 5, 2009, for the purpose of granting Plaintiff's Motion.

**IT IS HEREBY ORDERED** that Plaintiff's counsel and Douglas R. Burgess, or a legal representative for Law Office of Douglas R. Burgess, shall appear before this Court for a Default Hearing on **March 5, 2009**, at **9:30 a.m.** This hearing will be held in Courtroom 12 South of the United States District Court in St. Louis, Missouri. Defendant is put on notice that judgment will likely be entered at that time against said Defendant.

**IT IS FURTHER ORDERED** that a copy of this Order be sent by U.S. and Certified Mail to Law Office of Douglas R. Burgess, 480 Ridge Road West, 2nd Floor, Rochester, New York 14615.

**IT IS FURTHER ORDERED** that the original Motion for Default Judgment [doc. #10] filed without proposed orders is denied as moot.

So Ordered this 10th day of February, 2009.

_____
E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE